ENTERED ON DOCKET
3/14/02

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 11** |
| | : | |
| **FILM FABRICATORS, INC.,** | : | **CASE NO.: 01-87787** |
| | : | |
| **DEBTOR.** | : | **JUDGE MULLINS** |
| | : | |

## ORDER APPROVING SELECTION OF TRUSTEE

The United States Trustee having advised this Court that S. Gregory Hays, Hays Financial Consulting, LLC, 2221 Peachtree Road, Suite D607, Atlanta, Georgia 30309, 404-287-5030, has been selected for appointment by the United States Trustee as Trustee in the above styled matter, the Court having read and considered the United States Trustee's Application for Approval of Appointment of Trustee, it is hereby

ORDERED that, pursuant to 11 U.S.C. Section 1104, the appointment of S. Gregory Hays as Trustee is approved, and it is

FURTHER ORDERED that the trustee shall have all the powers of a trustee under 11 U.S.C. Section 1106 and the authority to operate the debtor's business pursuant to 11 U.S.C. Section 1108. The trustee shall be responsible for filing with the Court and submitting to the United States Trustee and the Unsecured Creditors' Committee all monthly reports required by the United States Trustee and any other information reasonably necessary to allow the United States Trustee to administer this case.

SO ORDERED at Atlanta, Georgia, on this the __12__ day of March, 2002.

C. RAY MULLINS
United States Bankruptcy Judge

*Signatures continued on next page*

Prepared by:
C. DAVID BUTLER
United States Trustee


_____
LEROY CULTON
Attorney
Georgia Bar No.: 170919
Office of the U. S. Trustee
362 Richard Russell Bldg.
75 Spring St.
Atlanta, GA 30303
(404) 331-4437


Pursuant to Local Rule 715-4(c)(2) of the United States Bankruptcy Court, Northern District of Georgia, the Clerk of Court is requested to serve Notice of this Order on the Debtor, counsel for the Debtor, the United States Trustee, and all creditors and parties in interest as listed on the mailing matrix.