**IT IS ORDERED as set forth below:**

**Date: March 31, 2009**

_C. Ray Mullins_

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FILM FABRICATORS, INC., | : | CASE NO. 01-87787 |
| | : | |
| Debtor. | : | |

**FINAL DECREE**

S. Gregory Hays, Liquidating Agent ("Liquidating Agent") of Film Fabricators, Inc.

("Film Fabricators"), filed his Final Report and Application for Final Decree (the "Final Report")

on February 25, 2009, in the above-captioned Chapter 11 case.  The estate of Film Fabricators

having been fully administered by the Liquidating Agent pursuant to the terms of the Confirmed

Plan (the "Plan") of Liquidation in this case and good cause having been shown, pursuant to

Bankruptcy Rule 3022, it is hereby

**ORDERED** that:

(1)     All creditors of, claimants against, stockholders of Debtor and all persons having

or claiming interest of any nature in Debtor's property and assets are enjoined and

stayed from pursuing or attempting to pursue any action, commencing or

continuing any action, employing any process or any act against Debtor or its

property, on account of or based upon any right, claim, or interest which any such

creditor, claimants, stockholder, or other person may have had at the date of the

filing of Debtor's Chapter 11 petition, except with respect to claims, rights, or

interest arising out of the Plan or orders of this Court.

(2)     The Final Report is **APPROVED** and the Application for Final Decree is hereby

**GRANTED**.

(3)     The Liquidating Agent is authorized to destroy, abandon, or dispose of any

remaining unnecessary books and records to the extent permissible under

applicable non-bankruptcy law.

Prepared and presented by:                          No opposition:


/s/ Herbert C. Broadfoot II                          /s/ Thomas W. Dworschak
Herbert C. Broadfoot II                              Thomas W. Dworschak
Georgia Bar No. 083750                               Georgia Bar No. 236380
*Attorney for S. Gregory Hays, Liquidating*          Office of the U.S. Trustee
*Agent*                                              Suite 362
RAGSDALE, BEALS, SEIGLER,                            75 Spring Street, SW
  PATTERSON & GRAY, LLP                              Atlanta, GA  30303
2400 Int'l Tower, Peachtree Center
229 Peachtree Street, NE
Atlanta, GA  30303
(404) 588-0500

## DISTRIBUTION LIST

**Office of the U.S. Trustee**
Thomas W. Dworschak
Office of the United States Trustee
362 Russell Federal Building
75 Spring Street, S.W.
Atlanta, GA  30303

**Liquidating Agent**
S. Gregory Hays
Hays Financial Consulting, LLC
3343 Peachtree Road
Suite 750
Atlanta, GA  30326

**Attorney for Liquidating Agent**
Herbert C. Broadfoot II, Esq.
Ragsdale, Beals, Seigler, Patterson & Gray, LLP
2400 International Tower, Peachtree Center
229 Peachtree Street, NE
Atlanta, GA  30303

**Attorneys**
J. Michael Lamberth, Esq.
Lamberth, Cifelli, Stokes & Stout
Suite 550, East Tower
3343 Peachtree Road
Atlanta, GA  30326

William Rothschild, Esq.
Ellenberg, Ogier & Rothschild
170 Mitchell Street
Atlanta, GA  30303

J. Michael Booe, Esq.
Kennedy, Covington, Lobdell
 & Hickman, L.L.P.
Hearst Tower, 214 North Tryon Street
47th Floor
Charlotte, North Carolina  28202