UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| FILM FABRICATORS, INC. | : | CASE NO. 01-87787-JEM |
| | : | |
| Debtor. | : | JUDGE MULLINS |

## NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT BY LIQUIDATING AGENT

S. Gregory Hays, Liquidating Agent ("Liquidating Agent") under the Confirmed Liquidating Plan of Film Fabricators, Inc. ("Film Fabricators") herein represents to the Court that certain creditors of the captioned Debtor were issued dividends on February 5, 2009. Persuant to U.S.C. Section 347(a) and F.R.B.P. 3011, the Liquidating Agent is paying unclaimed dividends in the amount of $6,186.71 into the Registry of the United States Bankruptcy Court. The creditors whose dividends remain unclaimed are:

| CREDITOR | AMOUNT |
|---|---|
| Richard L. Zabonick c/o Robert B. Borsos<br>Kreis, Enderle, Callander & Hudgins<br>PO Box 4010<br>Kalamazoo, MI 49003-4010 | $218.41 |
| Equistar Chemicals, LP<br>ATTN: Leanne K.<br>1221 McKinney Street<br>Houston, TX 77010 | $418.82 |
| Citibank USA, N.A.<br>Jay C. Niederhauser<br>2800 S. Texas Avenue<br>Bryan, TX 77802 | $12.22 |
| Star Staffing Services, Inc.<br>501 East Monroe, Ste 310<br>PO Box 805<br>South Bend, IN 46624-0805 | $419.70 |
| Southern Graphic Systems, Inc.<br>c/o William E. Butler<br>Alcoa, Inc. | $217.21 |

| | |
|---|---|
| 6605 West Broad Street<br>Richmond, VA  23230 | |
| Chevron-Phillips Chemical Company<br>Roger T. Yokubaitis, PLLC<br>1177 W Loop South, S-1650<br>Houston, TX  77027-9086 | $4,648.72 |
| Eureka GGN<br>General Post Office<br>PO Box 26562<br>New York, NY  10087 | $13.87 |
| Furst Staffing Services<br>PO Box 5863<br>Rockford, IL 61125 | $90.02 |
| International Paper<br>CT Corporation System<br>208 South LaSalle Street, Ste 814<br>Chicago, IL  60604 | $10.49 |
| White & Case<br>First Union Financial Center<br>200 South Biscayne Blvd<br>Miami, FL  33131 | $91.52 |
| Kelly Williamson<br>PO Box 1597<br>Rockford, IL  61110 | $6.79 |
| Trane Chicago<br>7100 S. Madison<br>Willowbrook, IL  60527 | $38.94 |

WHEREFORE, Movant prays that the Court accept into its Registry the estate's check in the amount of $6,186.71 as payment of all unclaimed dividends of the estate.

Dated:  May 7, 2009.

_____
S. Gregory Hays
Liquidating Agent

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this date served the within and foregoing *NOTICE OF PAYMENT OF FUNDS INTO REGISTRY OF COURT BY LIQUIDATING AGENT* on the following parties by depositing a true and correct copy of same in the United States Mail, first class postage prepaid and addressed as follows:

> Office of the United States Trustee
> 362 Richard B. Russell Federal Building
> 75 Spring Street, S.W.
> Atlanta, Georgia 30303-3311

Dated: May 7, 2009.

> /s/ S. Gregory Hays
> S. Gregory Hays
> Liquidating Agent

Hays Financial Consulting, LLC
3343 Peachtree Road, N.E.
Suite 200
Atlanta, GA 30326-1420
(404) 926-0060